for post-conviction relief pursuant to Rule 24.035.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

*ORDER*

PER CURIAM.

Kerri D. Spink appeals the judgment denying her Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

■

**Kerri D. SPINK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102119**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: June 30, 2015

Gwenda Renee Robinson, Missouri Public Defender Office, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Adam Rowley, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

■

**STATE of Missouri, Respondent,**

v.

**Marty MOSS, Appellant.**

**No. ED 101226**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: June 30, 2015

Robert Taffe, Jr., 1015 Locust, Suite 908, St. Louis, MO 63101, for appellant.

Evan J. Buchheim, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.